**Electronically Filed
Supreme Court
SCWC-18-0000699
18-FEB-2021
08:02 AM
Dkt. 50 OGAC**

SCWC-18-0000699

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR CSMC MORTGAGE LOAN TRUST 2006-7,
Petitioner/Plaintiff-Appellee,

vs.

WATOSHINA LYNN COMPTON,
Respondent/Defendant-Appellant,

and

GABI A. BENGIS; RON SERLE;
DEPARTMENT OF TAXATION – STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000699; CIVIL NO. 17-1-0025(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Plaintiff-Appellee U.S. Bank National Association as Trustee for CSMC Mortgage Loan Trust 2006-7's application for writ of certiorari filed on December 28, 2020, is hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, February 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins